# EXHIBIT L





September 29, 2015

TO:   Project Veritas
      1214 West Boston Post Road
      Mamaroneck, NY 10543

      Claim Number:   112971
      Insured:        Project Veritas
      Policy No.:     VNPL001395
      Date of Loss:   09/25/2015
      Claimant:       Agustin Maldonado

To Whom It May Concern:

Vela Insurance Services, a W. R. Berkley Company, is the authorized administrator for Gemini Insurance Company. We acknowledge receipt of the above-captioned claim. This claim may, at our discretion, be assigned for investigation/legal handling. In the interim, Gemini Insurance Company reserves all rights it has through any investigation of this loss to later limit or disclaim coverage under any policy provision, exclusion or addition to the policy.

If your policy is subject to a deductible, the deductible is applicable to, but not limited to, adjusting/investigative expenses, defense attorney's fees and expenses, as well as any indemnity payments (claim settlement). We will pay these expenses on your behalf and forward invoices to you for reimbursement until such time as your deductible has been satisfied. If you have any questions regarding your deductible, please contact your agent, broker or the undersigned.

The claim professional assigned to handle this loss is Catherine Daly and can be reached at 312-725-7657. When contacting our office, please reference, claim number 112971, and direct your communications to the adjuster assigned to the file.

Thank you,
Catherine Daly
Vela Insurance Services (a W. R. Berkley Company)

cc:   NIF Group
      30 Park Avenue
      Manhasset, NY 11030-2444