UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| PROJECT VERITAS; PROJECT VERITAS ACTION FUND; JAMES O'KEEFE; ALLISON MAASS; DANIEL SANDINI; CHRISTIAN HARTSOCK, | : : : : | Case No. 1:17-cv-07472-GBD |
| Plaintiffs, | : : : | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| vs. | : : | |
| GEMINI INSURANCE COMPANY. | : : | |
| Defendant. | : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Project Veritas, Project Action Fund,

James O'Keefe, Allison Maass, Daniel Sandini and Christian Hartsock hereby give notice that

the above-captioned action is voluntarily dismissed, without prejudice and without costs, against

Defendant Gemini Insurance Company.

Dated:   New York, New York      HERRICK, FEINSTEIN LLP
        October 6, 2017

                                   By: /s/ Alan R. Lyons____

                                     Alan R. Lyons
                                     William Fried
                                     Attorneys for Plaintiffs Project Veritas, Project
                                     Veritas Action Fund, James O'Keefe, Allison
                                     Maass; Daniel Sandini, and Christian Hartsock
                                     2 Park Avenue
                                     New York, New York 10016
                                     (212) 592 1400  (telephone)
                                     (212) 592 1500  (facsimile)
                                     alyons@herrick.com
                                     wfried@herrick.com