UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PROJECT VERITAS; PROJECT VERITAS          :    Case No. 1:17-cv-07472-GBD
ACTION FUND; JAMES O'KEEFE; ALLISON        :
MAASS; DANIEL SANDINI; CHRISTIAN           :
HARTSOCK,                                   :
                                            :   **NOTICE OF VOLUNTARY
                     Plaintiffs,           :   DISMISSAL PURSUANT TO**
                                            :   **F.R.C.P. 41(a)(1)(A)(i)**
              vs.                          :
                                            :
GEMINI INSURANCE COMPANY.                  :    **SO ORDERED:**
                                            :   _George B. Daniels_
                     Defendant.            :    **George B. Daniels, U.S.D.J.**
                                            :   **Dated: OCT 10 2017**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plantiffs Project Veritas, Project Action Fund,

James O'Keefe, Allison Maass, Daniel Sandini and Christian Hartsock hereby give notice that

the above-captioned action is voluntarily dismissed, without prejudice and without costs, against

Defendant Gemini Insurance Company.

Dated:   New York, New York          HERRICK, FEINSTEIN LLP
         October 6, 2017

                                     By: /s/ Alan R. Lyons

                                         Alan R. Lyons
                                         William Fried
                                         Attorneys for Plaintiffs Project Veritas, Project
                                         Veritas Action Fund, James O'Keefe, Allison
                                         Maass; Daniel Sandini, and Christian Hartsock
                                         2 Park Avenue
                                         New York, New York 10016
                                         (212) 592 1400  (telephone)
                                         (212) 592 1500  (facsimile)
                                         alyons@herrick.com
                                         wfried@herrick.com